[No. 10809–3–I.   Division One.   December 6, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. MATTHEW LEE VERDUIN, *Appellant.*

Appeal from judgments of the Superior Court for King County, Nos. 79–1–00276–0, 83672, Arthur E. Piehler, J.,

entered August 27, 1981. *Affirmed* by unpublished opinion per Williams, J., concurred in by Swanson and Corbett, JJ.